

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2014

No. 04-14-00197-CR

The **STATE** of Texas,
Appellant

v.

Robert **ROMO**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 414481
The Honorable Michael La Hood, Judge Presiding

# O R D E R

The State's second motion for an extension of time to file its brief is GRANTED. The State's brief is due on **July 16, 2014**. **No further extensions will be granted.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court